186 So.2d 159

**Sidney A. RATHE**

v.

**Thomas A. MAHER et al.**

No. 48189.

May 19, 1966.

In re: Thomas A. Maher et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 184 So.2d 256.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

186 So.2d 160

**Esco PIERCE and Mrs. Ophelia Pierce**

v.

**HARTFORD ACCIDENT & INDEMNITY CO. and Central Mutual Insurance Co. and Robert N. Baham.**

No. 48190.

May 19, 1966.

In re: Esco Pierce and Mrs. Ophelia Pierce applying for certiorari, writ of re-

view, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 184 So.2d 241.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.